UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| REGINALD BERNARD SILVER § | |
| § | |
| vs. § | NO: MO:22-CV-00194-DC |
| § | |
| BOBBY LUMPKIN § | |

## **FINAL ORDER OF TRANSFER**

On this day, the Court entered an Order *Sua Sponte* Transferring Petitioner's new §2254 Application for Writ of Habeas Corpus to the Fifth Circuit Court of Appeals.

After due consideration of Petitioner's Application for Writ of Habeas Corpus, the Court finds that it is in the interest of justice to **TRANSFER** Petitioner's new §2254 Motion to the Fifth Circuit Court of Appeals as a second or successive habeas application.

It is so **ORDERED.**

**SIGNED** this 13th day of September, 2022.

_____
**DAVID COUNTS**
**UNITED STATES DISTRICT JUDGE**